1030

[No. 71434-1-I. Division One. July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW JASON BOYLAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00290-1, Wm. Thomas McPhee, J., entered September 20, 2012. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 71961-1-I. Division One. July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN MICHAEL KLAMN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00168-0, Richard L. Brosey, J., entered February 19, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Leach, J.

[No. 71964-5-I. Division One. July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ARIEL STEVEN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03240-0, Beverly G. Grant, J., entered December 21, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Dwyer, J.